CHRISTOPHER WEEDMAN #96198
Full Name/Prisoner Number

LIMON CORR. FACILITY
Complete Prison Address (Place of Confinement)
49030 ST HWY 71
LIMON CO 80826

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 6 2008

'08 - CV - 01740

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the Court)

CHRISTOPHER WEEDMAN #96198, Applicant,
Full Name and Prisoner Number

v.

WARDEN STEVE HARTLEY Respondent,
(Name of Warden, Superintendent,
jailor or authorized person
having custody of applicant)
(Do not use *et al.*)

and

The Attorney General of the State
of  COLORADO  , Additional
Respondent.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -5 2008
GREGORY C. LANGHAM
CLERK

· APPLICATION FOR A WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

Rev. 5/96

Note: If the applicant is attacking a judgment which imposed a sentence to be served in the future, applicant must fill in the name of the state where the judgment of conviction was entered. If the applicant has a sentence to be served in the future under a federal judgment, which he/she wishes to attack, he/she should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.

## CONVICTION UNDER ATTACK

1) Name and location of the court which entered the judgment of conviction under attack  DISTRICT COURT ADAMS COUNTY 1100 JUDICIAL CENTER DRIVE BRIGHTON CO 80601

2) Date judgment of conviction was entered  1998

3) Case number  96 CR 1824

4) Type and length of sentence imposed  Life w/o Parole

5) Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion?  Yes ___  No X

6) Nature of the offense involved (all counts)  First degree Murder

7) What was your plea? (check one)

   Not Guilty X   Guilty ___   Nolo Contendere ___

If you entered a guilty plea to one count or indictment, and a not guilty plea to another court or indictment, give details:

N/A

8) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement  N/A

9) Kind of trial (check one)   Jury X   Judge only ___

10) Did you testify at trial?  Yes ___   No X

Rev. 5/96

2

## DIRECT APPEAL

11) Did you appeal from the judgment of conviction? Yes _X_ No __

12) If you did appeal, give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of the court's opinion or order): Colorado Court of Appeals 2 East 14th Ave Denver Co 80203 Aug 12, 1999 People V. Weedman, No. 98CA0620 (Not published pursuant to C.A.R. 35(f)), unavailable.

13) If you did not appeal, explain briefly why you did not: N/A

a) Did you seek permission to file a late appeal? Yes __ No __

## POST-CONVICTION PROCEEDINGS

14) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?   Yes _X_ No __

15) If your answer to 14 was "Yes," give the following information:

    a) FIRST petition, application or motion.

        1. Name of court DISTRICT COURT Adams County 1100 Judicial Center DR. BRIGHTON CO 80601

        2. Nature of proceeding CRIM. P. Rule 35(c)

        3. Claims raised Ineffective Assistance of counsel at trial

        4. Did you receive an evidentiary hearing on your petition, application or motion? Yes __ No _X_

        5. Result Unavailable People V. Weedman unpublished

        6. Date of result Oct 27 2004

Rev. 5/96                                   3

7. Did you appeal the result to the highest state court having jurisdiction? Yes _X_ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

Unknown/unavailable, cert. denied

8. If you did not appeal, briefly explain why you did not

NA

b) As to any SECOND petition, application or motion, give the following information:

1. Name of court District Court Adams County

2. Nature of proceeding Motion for new trial under Crim. P. Rule 33

3. Claims raised Request for new trial based on newly discovered evidence

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No _X_

5. Result Unavailable denied

6. Date of result May 25, 2005

7. Did you appeal the result to the highest state court having jurisdiction? Yes _X_ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

Unavailable Feb. 14, 2008, Unavailable Cert Denied June 14, 2008

Rev. 5/96

4

8. If you did not appeal, briefly explain why you did not _____

_____

c) As to any THIRD petition, application or motion, give the following information:

1. Name of court _____

2. Nature of proceeding _____

_____

3. Claims raised _____

_____

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

5. Result _____

6. Date of result _____

7. Did you appeal the result to the highest state court having jurisdiction? Yes ___ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _____

_____

8. If you did not appeal, briefly explain why you did not _____

### CLAIMS

16) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction under attack.

In order to proceed in federal court, you ordinarily must exhaust the remedies available to you in the state courts as to each claim on which you request action by the federal court.

Rev. 5/96                               5

**Claim One:** <u>Denial of right to counsel in violation of Sixth Amendment</u>

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in of this claim) <u>On Oct. 31 1996 MR. WEEDMAN was taken into custody and interrogated by the police. Immediately upon being taken into custody (MR. WEEDMAN was a JUVENILE AT THE TIME) he asked the police "what if I ask for an attorney... Why don't you give me an attorney, um,... a lawyer, huh, to speed up the process." Nevertheless, the detectives determined this was not a valid request for an attorney and continued to question Mr. Weedman. Mr. Weedman eventually was advised of his Miranda rights which he signed away.</u>

(2) Statement of exhaustion of state remedies as to claim one:

<u>Direct Appeal</u>   N/A

(a) If you appealed from the judgment of conviction, did you raise this issue?
Yes X   No ___

(b) If you did not raise this issue in your direct appeal, explain briefly why you did not _____

<u>Post-Conviction Proceedings</u>

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes ___ No ___

(d) If your answer to (c) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

_____

_____

(e) Did you receive an evidentiary hearing on your motion or petition? Yes ___ No ___

(f) Did you appeal from the denial of your motion or petition?
Yes ___ No ___

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes ___ No ___, and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

_____

(h) If your answer to question (e), (f) or (g) is "No," briefly explain _____

_____

Other Remedies

(i) Describe all other procedures (such as habeas corpus in the state supreme court, administrative remedies, etc.) you have used to exhaust your state remedies as to the issue

_____

_____

_____

**Claim Two:** Violation of Fourteenth Amendment Right to fair trial when unredacted video taped interview was given to jury.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in of this claim) Following the violation of Mr. Weedman's right to an attorney and during the interrogation conducted by the detectives, a video tape was made of the interview/interrogation. During which the detectives made repeated statements to Mr. Weedman that his story would never be believed, that he would be the youngest person on death row, that his grandparents would lose their home, and that he needed to act like a man and stand up for what he did. This unredacted video was in essence the police testifying as to Mr. Weedman's credibility and thus denied Mr. Weedman a fair trial.

Rev. 5/96                                  7

(2) Statement of exhaustion of state remedies as to claim two:

Direct Appeal  N/A

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes X  No ___

(b) If you did not raise this issue in your direct appeal, explain briefly why you did not _____

_____

Post-Conviction Proceedings

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes ___ No ___

(d) If your answer to (c) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

_____

_____

(e) Did you receive an evidentiary hearing on your motion or petition? Yes ___ No ___

(f) Did you appeal from the denial of your motion or petition? Yes ___ No ___

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes ___ No ___, and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

_____

(h) If your answer to question (e), (f) or (g) is "No," briefly explain _____

_____

Other Remedies

(i) Describe all other procedures (such as habeas corpus in the state supreme court, administrative remedies, etc.) you have used to exhaust your state remedies as to the issue

_____

_____

_____

Claim Three: <u>Fourteenth Amendment violation, right to fair trial when MR. WEEDMAN was not allowed to present evidence of alternate suspects.</u>

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in of this claim) MR. WEEDMAN attempted to introduce at trial evidence that two suspects had previously sexually assaulted the victim in this case and thus could of been responsible for the murder. The prosecution provided an affidavit showing that ~~the people~~ one was incarcerated at the time the murder occurred, however they still could of been responsible by having the girl killed in retaliation for their prosecution.

(2) Statement of exhaustion of state remedies as to claim three:

Direct Appeal   N/A

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes ___ No ___

(b) If you did not raise this issue in your direct appeal, explain briefly why you did not _____

_____

Post-Conviction Proceedings

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes ___ No ___

Rev. 5/96                                9

D. Claims (Continued):

Claim Four: Violation of Sixth Amendment, non-reliable hearsay testimony of non-testifying co-defendant without a determination that hearsay statements were reliable.

Supporting Facts: Mr. Weedman's co-defendant chose to exercise his Fifth Amendment right and not testify at Mr. Weedman's trial. However, several statements were introduced at trial through other witnesses in which the co-defendant allegedly admitted to the witnesses that he and Mr. Weedman had killed the victim. These statements were allowed under CRE 804 (b)(3), and Mr. Weedman submits that they were unreliable and should not have been allowed.

Claim Five: Denial of a new trial/due process based upon newly discovered evidence which was exculpatory in nature.

Supporting Facts: In his Crim. P. Rule 33 motion for new trial, Mr. Weedman tendered several pieces of new information, including a letter written to Mr. Weedman's trial counsel from a private investigator stating Mr. Weedman's grandparents had exculpatory evidence

showing MR. Weedman did not commit the murder; an affidavit from the co-defendants cellmate in prison stating that the co-defendant admitted he committed the murder himself, and a letter from a friend of both MR. Weedman and the codefendants stating that he the co-defendant had also admitted to her that he alone committed the murder.

<u>Claim Six:</u> Sixth Amendment violation of right to effective assistance of counsel/failure to investigate.

<u>Supporting Facts:</u> There was a Dec. 9, 1997, letter written to MR. Weedman's public defender from a private investigator stating that MR. Weedman's grandparents had exculpatory evidence which would exonerate MR. Weedman. Counsel failed to investigate and or present this evidence and hence failed to subject the prosecution's case to a meaningful adversarial testing

(d) If your answer to (c) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

_____

_____

(e) Did you receive an evidentiary hearing on your motion or petition?
Yes ___ No ___

(f) Did you appeal from the denial of your motion or petition?
Yes ___ No ___

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes ___ No ___, and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

_____

(h) If your answer to question (e), (f) or (g) is "No," briefly explain _____

_____

Other Remedies

(i) Describe all other procedures (such as habeas corpus in the state supreme court, administrative remedies, etc.) you have used to exhaust your state remedies as to the issue

_____

_____

_____

17)   Have all claims for relief raised in this petition been presented to the highest state court having jurisdiction? Yes X No ___

Certificate of Service

Christopher Weedman, hereby certifies under the penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746, that he deposited, postage prepaid, a 28 U.S.C. § 2254 habeas application and all required copies, addressed to:

U.S. District Court for the District
of Colorado
901 - 19th Street
Denver, CO. 80294-3589
(original and 2 copies served)

on this the 1st day of August, 2008, at the Limon Correctional Facility via their legal mail system.

_____
Cristopher Weedman, #96198
Limon Correctional Facility
49030 State Highway 71
Limon, CO. 80826
                    Pro-Se