```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX012214
Cashier ID: sg
Transaction Date: 08/15/2008
Payer Name: DOUGLAS PINEGAR
----------------------------------------
WRIT OF HABEAS CORPUS
 For: CHRISTOPHER WEEDMAN
 Amount:         $5.00
----------------------------------------
CHECK
 Check/Money Order Num: 1733
 Amt Tendered:  $5.00
----------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

08-CV-01740


A fee of $45.00 will be assessed on
any returned check.
```