IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01740–CMA–KMT

CHRISTOPHER WEEDMAN,

      Applicant,

v.

WARDEN STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The Petitioner's "Motion for Permission to File Traverse to Respondents' Answer and Enlargement of Time to Do So" (#28, filed June 25, 2009) is GRANTED. Petitioner shall file his Traverse no later than August 6, 2009.

Dated: June 30, 2009