IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01740–CMA–KMT

CHRISTOPHER WEEDMAN,

    Applicant,

v.

WARDEN STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

This matter is before the court *sua sponte*.

IT IS HEREBY **ORDERED** that on or before **March 1, 2010**, the Clerk of the Adams County District Court shall provide to this court the original written record, including transcripts, of Adams County District Court criminal case no. 96CR1824, *People v. Christopher Weedman*.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Adams County District Court by facsimile to **(303) 654-3216** and by regular mail to Clerk of the Adams County District Court, 1100 Judicial Center Dr., Brighton, CO 80601.

Dated this 19th day of January, 2010.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge