IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01740-CMA

CHRISTOPHER WEEDMAN,

    Petitioner,

v.

WARDEN STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER

---

On January 19, 2010, Magistrate Judge Kathleen M. Tafoya entered an order directing the Clerk of the Adams County District Court to provide this Court with the original written record, including transcripts, of Adams County District Court criminal case no. 96CR1824, People v. Christopher Weedman. The state court record was received by this Court on March 2, 2010. Upon reviewing the state court record, the Court has determined that the state court record does not include either the videotape of Petitioner's statement to the police, identified in Respondents' Answer to Application for Writ of Habeas Corpus as People's Exhibit 109, or a transcript of that interview, identified in Respondents' Answer to Application for Writ of Habeas Corpus as Defendant's Exhibit A. The Court has determined that review of the videotape and the complete transcript of the interview would assist the Court in its review of Petitioner's claims. Accordingly, it is

ORDERED that, within fourteen (14) days from the date of this order, Respondents provide the Court with both the videotape of Petitioner's statement to the police and a complete transcript of that interview.

DATED at Denver, Colorado, this __13th__ day of May, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge